# Notice Recipients

District/Off: 1126–7            User: mmackey            Date Created: 7/14/2009
Case: 05–71573–CMS13            Form ID: b18w            Total: 36

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
4185593     ACE
4185606     Sprint
4185607     United Credit

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
tr          C David Cottingham          dcottingham@ch13tuscaloosa.com
aty         Rod Cameron Shirley          rodcamronlaw@bellsouth.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          LATONYA D. KENNIE          P.O. Box 2337          Tuscaloosa, AL 35403
cr          PRA Receivables Management LLC          POB 41067          Norfolk, VA 23541
4185592     AAFES          P.O. Box 740933          Dallas, TX 75374
4300484     ASSET ACCEPTANCE LLC          PO BOX 2036          WARREN MI 48090
4185594     Alabama Power          915 Queen City Ave          Tuscaloosa, AL 35403
4297436     Alabama Power Company          P.O. Box 12465          Birmingham, AL 35202–2465
4185595     BellSouth          P.O. Box 740144          Atlanta, GA 30374–0144
4226557     BellSouth Telecommunications          301 W. Bay St. 29EF1          Jacksonville, FL 32202
4353551     CAPITAL ONE BANK          C/O TSYS DEBT MGMT          PO BOX 5155          NORCROSS, GA 30091
4185609     CBCS          236 E Town Street          Columbus, OH 43215
4185597     CBSI          550 Greensboro Ave          Tuscaloosa, AL 35401
4185596     Capital One Bank          11013 W Broad Street          Glen Allen, VA 23060
4185598     Comcast Cable          700 14th Street          Tuscaloosa, AL 35401
4230301     Comcast Cable/Tuscaloosa          c/o CBSi          PO Box 3227          Tuscaloosa, AL 35403
4188113     DCH Regional Medical Center          c/o Dishuck, LaCoste and Smith          P O Box 20677          Tuscaloosa Al
            35402
4395779     Dunn's Wholesale Auto Sales, Inc.          C/O Barry Leavell &Associates          903 Main Avenue, Suite
            A          Northport, AL 35476
4185590     Dunn's Auto          6529 Univ Blvd E          Cottondale, AL 35453
4185599     Franklin Collection          P.O. Box 3910          Tupelo, MS 38803–3910
4185591     Internal Revenue Service          1555 Poydras Street Suite 220, Stop 31          New Orleans, LA 70112
4185600     JC Penny          P.O. Box 960001          Orlando, FL 32896–0001
4395644     LVNV Funding LLC          Resurgent Capital Services          P.O. Box 10587          Greenville, SC
            29603–0587
4185602     NBC          P.O. Box 2728          Tuscaloosa, AL 35403–2728
4185610     NCO Financial          100 Constitution          Upper Darby, PA 19082
4185601     Navy Federal CU          P.O. Box 3000          Merrifield, VA 22119–3000
4188114     Northport Hospital–DCH          C/O Dishuck, LaCoste and Smith          P O Box 20677          Tuscaloosa Al
            35402
5500211     Portfolio Recovery Associates, LLC          PO Box 41067          Norfolk, VA 23541
4185603     S &G Rentals          2805 Greensboro Ave          Tuscaloosa, AL 35401
4185604     Sears          4742 Hugh Howell Road          Attn: payroll          Tucker, GA 30084
4185605     Sherman Acquisition          P.O. Box 10587          Greenville, SC 29603–0587
4185608     University Medical Center          P.O. Box 5075          Birmingham, AL 35287–5075
4230300     University Medical Center          c/o CBSi          PO Box 3227          Tuscaloosa, AL 35403

TOTAL: 31